IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKE USA, INC.,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 2:18-cv-05460-KSM** |
| **OFFICIAL UNLIMITED INC, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 21st day of April, 2022, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 71), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that a default judgment is entered against Defendants Official Unlimited Inc. and Jonathan Nadav in the amount of $703,701.98. The Clerk of the Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.